# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:03CR07** |
| vs. | ) | |
| | ) | **SCHEDULING ORDER** |
| JOHN E. RYAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the following is set for hearing on <u>June 9, 2005</u> at <u>3:00 p.m.</u> before Magistrate Judge F. A. Gossett, *Courtroom No. 6, Second Floor*, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

- Commitment Hearing

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 3rd day of June, 2005.

BY THE COURT:


s/ F. A. Gossett
U.S. Magistrate Judge