**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR7** |
| **Plaintiff,** | ) | |
| vs. | ) | **JUDGMENT** |
| **JOHN E. RYAN,** | ) | |
| **Defendant.** | ) | |

IN accordance with the Memorandum and Order issued on this date,

IT IS ORDERED that this case is dismissed with prejudice.

DATED this 30th day of August, 2005.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge