IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR7** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOHN E. RYAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion (Filing No. 66) to withdraw the previously filed motion to destroy weapons (Filing No. 60).

IT IS ORDERED:

1. The government's motion to withdraw (Filing No. 66) is granted;

2. The government's motion to destroy weapons (Filing No. 60), is withdrawn; and

3. The Defendant's motion for return of seized property (Filing No. 61) and objection (Filing No. 63) are denied as moot.

DATED this 19th day of December, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge